<u>NOT FOR PUBLICATION</u>                                    [Docket No. 49]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| VICTOR AYALA,<br><br>           Plaintiff,<br><br>   v.<br><br>C.M.S., UNIVERSITY HEALTH SERVICES, MS. HALLENBACK, DR. JOHNSON, DR. ABDUL AHASM, and JOHN DOE,<br><br>          Defendants. | Civil No. 05-5184 (RMB)<br><br>**ORDER** |

THIS MATTER having come before the Court upon a motion for summary judgment by Defendants C.M.S. and Dr. Abdul Ahasm; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that the motion for summary judgment by Defendants C.M.S. and Dr. Abdul Ahasm is **GRANTED**; and

IT IS FURTHER **ORDERED** that pursuant to Local R. 41.1(a), the case will be dismissed without prejudice as against the remaining Defendants for lack of prosecution; Plaintiff may seek to re-open this matter as to these remaining defendants upon a motion to re-open and an accompanying affidavit setting forth good cause as required by Local R. 41.1(a); and

IT IS FURTHER **ORDERED** that the clerk shall close this case.


Dated: <u>July 2, 2008</u>          <u>s/Renée Marie Bumb</u>
                                     RENÉE MARIE BUMB
                                     UNITED STATES DISTRICT JUDGE